**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Monica Ward,**

**Plaintiff,**

**v.**

**Only Deals, Inc.,**

**Defendant.**

**Civil Action No. 0:00-CV-00463 ADM/AJB**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-entitled action having been fully compromised and settled, it is hereby stipulated by and between the parties hereto through their respective counsel that the same may be and is hereby dismissed on its merits with prejudice but without costs or attorney fees to any party. The Court Administrator, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action.

Dated this 11th day of APRIL 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Charles O. Lentz (#168403)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Fax: (612) 339-4181

ATTORNEYS FOR DEFENDANT

APR 16 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 7th day of February 2001.

By: ____________________
William L. French

627 Woodhaven Drive N.E.
Rochester, MN 55903
Phone: (507) 280-6136
Fax: (603) 719-2499

ATTORNEY FOR PLAINTIFF

**ORDER**

This action is hereby dismissed, with prejudice, and without costs or attorney fees to any party.

Dated this 13th day of April 2001.

By: ____________________
U. S. District Court Judge